No. 88.  D. W. ROUSNEY *v.* M. L. PATTERSON.  Error to the Supreme Court of the State of Oklahoma.  De-

cember 16, 1918.  Dismissed with costs, pursuant to the tenth rule.  *Mr. Milton Brown* for plaintiff in error.  No appearance for defendant in error.